IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JUDY ANN FLANAGAN
ADC #708738                                                                                          PETITIONER

VS.                                            5:07CV00326 JTR

LARRY NORRIS, Director,
Arkansas Department of Correction                                                     RESPONDENT

## ORDER

Respondent has filed a Response (docket entry #9) to the Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2254, arguing that: (1) Petitioner has failed to state federal constitutional claims because her arguments were raised as state-law violations in state court; and alternatively that (2) her claims fail on the merits.

The Court concludes that a Reply from Petitioner addressing the arguments raised in the Response would be helpful to a resolution of Petitioner's case. The Court will therefore order Petitioner to file a Reply, addressing the arguments raised in the Response, **on or before May 3, 2008.**

IT IS THEREFORE ORDERED THAT Petitioner shall file a Reply, addressing the arguments raised in the Response (docket entry #9), on or before May 3, 2008.

Dated this ___4th___ day of April, 2008.

_____
UNITED STATES MAGISTRATE JUDGE